## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**MARK S. BUCKNER**                                                                       **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 3:19-CV-264-DMB-DAS**

**WEST TALLAHATCHIE SCHOOL DISTRICT, et al.**           **DEFENDANT(S)**

### ORDER

The court has before it the plaintiff's motion for reconsideration of the court's order extending the time for discovery and for the allowance of the redeposition of the plaintiff. Having reviewed the defendants' motion for an extension of discovery it appears that the parties had agreed that the plaintiff could take the deposition of two additional witnesses. Though the *pro se* plaintiff's motion is not timely, it was not the intention of the court to prohibit these additional depositions and the plaintiff could be prejudiced if not allowed to take these depositions.

The court finds that it should allow the taking of the depositions of Gloria Carter and Tracey Mims, notwithstanding the expiration of the discovery deadline. These depositions shall be done as expeditiously as possible within the next fourteen days. The court will not otherwise extend the discovery or dispositive motion deadline. If the plaintiff desires additional time to

respond to the pending motion for summary judgment he must move for an extension of time before the expiration of his time to respond, presently September 13, 2021.

    **SO ORDERED** this the 8th day of September, 2021.

                                        **/s/ David A. Sanders**
                                        **U.S. MAGISTRATE JUDGE**