# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MARK S. BUCKNER SR.**                                                    **PLAINTIFF**

**V.**                                                      **NO. 3:19-CV-264-DMB-DAS**

**WEST TALLAHATCHIE**
**SCHOOL DISTRICT, et al.**                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, summary judgment in favor of the defendants is granted on all of Mark Buckner's claims.

**SO ORDERED**, this 2nd day of June, 2022.

                                                                         /s/Debra M. Brown
                                                                         **UNITED STATES DISTRICT JUDGE**